UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE November 7, 2018 TERM. 18-1 | MINUTES OF COURT<br>DATE: February 19, 2020 @ 11:57 a.m. to 11:59 a.m. |

PRESENT:   The Honorable   Brenda Weksler  , U.S. Magistrate Judge.

DEPUTY CLERK:   Araceli Bareng        REPORTER:   Bonnie Terry

UNITED STATES ATTORNEY:   Brett Huff     COURTROOM:   3B

A roll call of the Grand Jury is taken with **18** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant issue where indicated.

| | | |
|---|---|---|
| 2:20-cr-029 | 1 SEALED DEFENDANT | WARRANT |

The Arraignment and Plea will be held at the time of the Initial Appearance.

.                                                                                   DEBRA KEMPI, Clerk

United States District Court

/S/ Araceli Bareng

Deputy Clerk