AO 442 (Rev. 01/09) Arrest Warrant

1108711.2

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED ___ ENTERED  ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 24 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:20-cr-29 |
| **DEMETRIUS WARE** | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DEMETRIUS WARE**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1), 922(g)(9), and 924(a)(2) ~ Prohibited Person in Possession of a Firearm
18 U.S.C. §§ 922(q)(2)(A) and 924(a)(4) ~ Possession of a Firearm in a School Zone

February 19, 2020, Las Vegas, NV

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

| Return |
|---|
| This warrant was received on *(date)* 2/19/2020, and the person was arrested on *(date)* 2/21/2020 at *(city and state)* LAS VEGAS, NV. |
| Date: 2/21/2020 |
| *Arresting officer's signature* for ATF |
| *Printed name and title* |