RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Demetrius Ware

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00029-RFB-BNW |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| DEMETRIUS WARE, | |
| Defendant. | |

    Notice is hereby given that Assistant Federal Public Defender Brandon C. Jaroch will serve as counsel for the above captioned defendant.

    Counsel's address is as follows:

>    Federal Public Defender
>    411 E. Bonneville Ave., Suite 250
>    Las Vegas, Nevada 89101

    DATED this 2nd day of March, 2020.

                                               RENE L. VALLADARES
                                               Federal Public Defender

                                     By:  */s/ Brandon C. Jaroch*
                                               BRANDON C. JAROCH
                                               Assistant Federal Public Defender
                                               Attorney for Demetrius Ware

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 2, 2020, he served an electronic copy of the above and foregoing NOTICE OF APPEARANCE by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
BRETT RUFF
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Marcus Walker*
Employee of the Federal Public Defender