NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
BRETT C. RUFF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
Brett.Ruff@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:20-cr-00029-RFB-BNW |
| v. | **NOTICE OF EXPERT TESTIMONY** |
| DEMETRIUS WARE, | |
| Defendant. | |

The United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and BRETT C. RUFF, Assistant United States Attorney, hereby gives notice of the following Expert Testimony pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G).

The government intends to offer the testimony of the Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Roger Martin. The government expects that Special Agent Martin will testify that based on his training, education, and experience, as well as his research and his analysis of the firearm recovered in this case, that the firearm was not manufactured in Nevada and traveled in interstate commerce. Special Agent Martin also is expected to testify regarding: (a) the methodologies he employed in analyzing the firearm;

1    (b) the chain of custody related to those procedures; and (c) any other area that is within his

2    area of expertise which is helpful to the jury's comprehension of the relevant issues and

3    facts in this case. Special Agent Martin will also testify regarding any observations which

4    were made during the examination process.

5        Special Agent Martin's statement of qualifications is attached to this Notice as

6    Exhibit 1. A report memorializing the substance of Special Agent Martin's testimony has

7    been produced in discovery.

8

9        DATED: March 10, 2020

10                                          NICHOLAS A. TRUTANICH
                                            United States Attorney
11                                          District of Nevada

12
                                            /s/  Brett C. Ruff
13                                          BRETT C. RUFF
                                            Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**Certificate of Service**

I, Brett C. Ruff, hereby certify that I am an employee of the United States

Attorney's Office for the District of Nevada and that on this day I served an electronic copy

of the foregoing document on Counsel of Record via Electronic Case Filing (ECF).

Dated: March 10, 2020

/s/ *Brett C. Ruff*
BRETT C. RUFF
Assistant United States Attorney

3