# EXHIBIT 1

## STATEMENT OF QUALIFICATIONS

Roger D. Martin, Special Agent,
Bureau of Alcohol, Tobacco and Firearms, and Explosives
Las Vegas, NV

I, Roger D. Martin, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since February 2005. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. That during the course of my duties, I have examined numerous firearms and hundreds of rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to National Firearms Act.

3. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

4. That I have had numerous contacts with firearms dealers and manufacturers who are Federal firearms licensees, regarding licensing application, firearms transfer, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATF's liaison with the firearms industry.

5. That I have a Bachelor of Science Degree in Business Administration from Wayland Baptist University, Texas.

6. That I have received formal training for law enforcement and military personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

    Basic Training, U.S. Army, Fort Polk, LA
    Ammunition Handler Course, U. S. Army, Redstone Arsenal, Alabama
    Naval School Explosive Ordnance Disposal, Indian Head, MD and Eglin AFB, FL
    Criminal Investigator School, Federal Law Enforcement Training Center, Glynco, Georgia
    Special Agent Basic Training, ATF National Academy, Glynco, Georgia
    Firearms Interstate Nexus Training, ATF Firearms Technology Branch, Martinsburg, WV
    Certified Explosive Specialist-Redstone Arsenal, Alabama
    Chemistry of Pyrotechnics-Redstone Arsenal, Alabama
    Advanced Explosive Disposal Techniques-Redstone Arsenal, Alabama
    Advanced Interstate Nexus Training-ATF multiple locations
    FBI Hazardous Devices School- Redstone, Arsenal, Alabama

    During the training at the Firearms Interstate Nexus Training Course in Martinsburg, WV, I personally examined the ATF Firearms Technology Branch's Reference Collection, which includes approximately 6,000 firearms.

7. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as, common firearms proof marks utilized by numerous foreign countries.

8. That I have provided formal training to law enforcement and other government personnel in various disciplines of firearms training.

9. That I have been assigned as evidence vault custodian where I have examined and inventoried hundreds of firearms in the course of my duties.

10. That for over 20 years I have had a personal interest in the history, collection, nomenclature, and sporting and professional use of firearms and ammunition. I have also accumulated a personal reference library of firearms and ammunition related publications such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values, Guns and Ammo,* and *Shooting Times* in order to remain familiar with firearms and firearm trends.

11. That I have qualified on numerous occasions as a Distinguished Expert in various different types of firearms with ATF. I have also qualified expert on several weapons systems with the U.S. Army and instructed soldiers on how to properly zero and qualify with their assigned weapons. While assigned as the Unit Maintenance Non-Commissioned Officer in the U.S. Army was charged with the proper maintenance and serviceability of unit's assigned weapons.