NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
BRETT RUFF
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-CR-00029-RFB-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| DEMETRIUS WARE, | ) | <u>PRETRIAL RELEASE</u> |
| | ) | |
| Defendant. | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Emily McKillip</u>, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 8th day of June, 2020.    NICHOLAS A. TRUTANICH
United States Attorney

By ___/S/_____
    BRETT RUFF
    Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. DEMETRIUS WARE　　　　　　　　　　　　　Docket No. 2:20-cr-00029-RFB-BNW

Petition for Action on Conditions of Pretrial Release

　　　　COMES NOW EMILY McKILLIP, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Demetrius Ware. The defendant made his initial appearance before U.S. Magistrate Judge Brenda Weksler on February 21, 2020, and was released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall satisfy all outstanding warrants within 90 days and provide verification to Pretrial Services or the supervising officer.
3. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to State of NV.
4. The defendant may travel to California for the purpose of satisfying his outstanding warrants only.
5. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
6. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
7. The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution. The defendant shall stay away from Harmon Elementary School located at 5351 Hillsboro Lane Las Vegas, Nevada 89120.
8. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
9. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
10. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
11. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

12. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
13. The defendant shall undergo medical or psychiatric treatment.
14. The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.
15. The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

On April 1, 2020, Judge Weksler modified the defendant's conditions of release to include the following:

1. The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling and shall pay all or part of the cost of the program based upon his ability to pay as determined by Pretrial Services or the supervising officer.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On May 2, 2020, the defendant was arrested by the Las Vegas Metropolitan Police Department (LVMPD) for Own or Possess Firearm by Prohibited Person, felony.
2. On May 2, 2020, the defendant was allegedly in possession of a firearm.
3. The defendant failed to report law enforcement contact to Pretrial Services as instructed.
4. The defendant was untruthful on his May 15, 2020, telephonic check-in.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE INFORMATION OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 10th day of June, 2020 and ordered filed and made a part of the records in the above case.

**IT IS SO ORDERED**

**DATED: June 10, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

I declare under penalty of perjury that the information herein is true and correct. Executed on this 8th day of June, 2020.

Respectfully Submitted,

_____
Emily McKillip SPB
U.S. Pretrial Services Officer
Place: Las Vegas, Nevada