NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
BRETT C. RUFF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
Brett.Ruff@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMETRIUS WARE,<br><br>Defendant. | Case No.: 2:20-cr-00029-RFB-BNW<br><br>**STIPULATION TO CONTINUE HEARING ON REVOCATION OF PRETRIAL RELEASE**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between, Brett Ruff, Assistant United States Attorney, representing the United States of America, and Brandon Jaroch, Assistant Federal Public Defender, representing Defendant Demetrius Ware, that the pretrial revocation hearing in the above-captioned case, which currently is scheduled for June 23, 2020 at 2:00 p.m., be continued by 30 days and reset to a time and date acceptable to the Court.

1. On February 19, 2020, defendant was charged in a federal indictment with (1) Prohibited Person in Possession of a Firearm and (2) Possession of a Firearm in a School Zone.

2.	Defendant made his initial appearance before the Hon. Brenda Weksler on February 21, 2020 and was released on a personal recognizance bond, subject to certain conditions.

3.	On May 2, 2020, defendant was arrested by the Henderson Police Department and charged with Own or Possess a Firearm by Prohibited Person. Defendant is scheduled to be arraigned on that charge on July 1, 2020 in Henderson Justice Court.

4.	On May 29, 2020, the U.S. Pretrial Services Office alerted the Court to defendant's potential violation of his pretrial release conditions.

5.	On June 17, 2020, defendant made his initial appearance in relation to a potential violation of his pretrial release conditions. The Hon. Elayna Youchah ordered that defendant be released pending the hearing on revocation of pretrial release and imposed a new condition of pretrial release: "The defendant is not [to] be in association with any individual who posses[es] a firearm, destructive device or other dangerous weapons." ECF No. 26 at 4.

6.	Defendant currently is out of custody and has expressed his intention to abide by the current conditions of pretrial release.

7.	The parties jointly request a 30 day continuance of the hearing on the revocation of pretrial release to, *inter alia*, permit the parties adequately to prepare for the hearing, allow the parties to work toward a joint resolution of this matter, and permit defendant to demonstrate compliance with his conditions of pretrial release, as modified.

///
///
///
///

8. The parties believe the above constitutes good cause to continue the hearing by 30 days until a time and date that is acceptable to the Court.

DATED: June 22, 2020

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brandon Jaroch*<br>BRANDON JAROCH<br>Assistant Federal Public Defender | By */s/ Brett Ruff*<br>BRETT RUFF<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEMETRIUS WARE,

    Defendant.

Case No.: 2:20-cr-00029-RFB-BNW

**ORDER**

IT IS ORDERED that the pretrial revocation hearing currently scheduled for June 23, 2020 be vacated and continued to July 23, 2020 at the hour of 1:30 PM.

DATED this 22nd day of June, 2020.

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

4