**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMETRIUS WARE,<br><br>    Defendant. | Case No.: 2:20-cr-00029-RFB-BNW<br><br>**ORDER** |

    IT IS ORDERED that the pretrial revocation hearing currently scheduled for July 23, 2020 be vacated and continued to _____ at the hour of ___:___ __.m..

    DATED this ___ day of July, 2020.

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE