# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>DEMETRIUS WARE,<br><br>     Defendant. | Case No.: 2:20-cr-00029-RFB-BNW<br><br>**ORDER** |

IT IS ORDERED that the pretrial revocation hearing currently scheduled for July 23, 2020 be vacated and continued to ___August 18___ at the hour of _3_:_30_ p.m..

DATED this _23rd_ day of July, 2020.

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE