```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        JUL 2 8 2020

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DEMETRIUS WARE,<br><br>            Defendant. | Case No. 2:20-cr-00029-RFB-BNW<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

      I understand that I have a right to appear in person in court at the initial appearance and detention hearings in this case scheduled for July 28, 2020. I have been advised of the nature of these proceedings and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

      Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_s/ Demetrius Ware_____
Defendant's Signature            (date)

_/s/ Aarin Elyse Kevorkian_____      _____ 7/28/20
Signature of Defendant's Attorney    (date)     Judge's Signature            (date)
                                                CAM FERENBACH
                                                U.S. MAGISTRATE JUDGE

_Aarin Elyse Kevorkian_____      _____
Printed Name of Defendant's Attorney            Judge's Printed Name and Title