RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Demetrius Ware

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEMETRIUS WARE,<br><br>  Defendant. | Case No.: 2:20-cr-00029-RFB-BNW<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brett Ruff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Demetrius Ware, that the calendar call currently scheduled for August 18, 2020 at 1:30 p.m., and the trial scheduled for August 24, 2020 at 9:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including August 31, 2020, to file any and all pretrial motions and notices of defense.

1    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they

2    shall have to and including September 14, 2020, to file any and all responsive pleadings.

3    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they

4    shall have to and including September 21, 2020, to file any and all replies in support of pretrial

5    motions and notices of defenses.

6    The Stipulation is entered into for the following reasons:

7    1.    On March 16, 2020, the Chief Judge of the U.S. District Court for the District

8    of Nevada issued Temporary General order 2020-03 (the "General Order"). The Order explains

9    that, due to the outbreak of the coronavirus 2019 ("COVID-2019") in the District of Nevada,

10   the declaration by the Governor of the State of Nevada of a public health emergency due to the

11   spread of COVID-19 in Nevada, the declaration of local emergencies by local governments due

12   to COVID-19, and the public health recommendations—including recommendations for social

13   distancing and limiting large-group gatherings—the Court has sustained a "reduced ability to

14   obtain an adequate spectrum of jurors" and reduced availability of counsel and Court staff. The

15   General Order accordingly continued all civil and criminal trials until April 10, 2020, pending

16   further order of the Court, and found that "the ends of justice are best served by ordering

17   continuances, which outweighs the best interests of the public and any defendant's right to a

18   speedy trial under 18 U.S.C. § 3161(h)(7)(A)."

19   2.    Continuing this deadline trial will serve the critical interests emphasized in the

20   General Order. Given the grave public-health concerns discussed in the General Order, in

21   addition to difficulty—or impossibility—of securing a jury pool that would represent a fair

22   cross section of the community at this time, the ends of justice served by the requested

23   continuance in this case outweigh the best interests of the public and defendant in a speedy trial.

24   The additional time requested by this Motion is excludable in computing the time within which

25   the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A)

26   3.    The parties agree to the continuance.

1    4.    The additional time requested herein is not sought for purposes of delay, but

2 merely to allow counsel for defendant sufficient time within which to be able to effectively and

3 complete investigation of the discovery materials provided and to prepare for trial.

4    5.    Additionally, denial of this request for continuance could result in a miscarriage

5 of justice. The additional time requested by this Stipulation is excludable in computing the time

6 within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

7 States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code,

8 Section 3161(h)(7)(B)(i), (iv).

9 This is the second stipulation to continue filed herein.

10 DATED this 12th day of August, 2020.

11 RENE L. VALLADARES        NICHOLAS A. TRUTANICH
Federal Public Defender        United States Attorney

13 */s/ Brandon C. Jaroch*        */s/ Brett Ruff*
By_____   By_____

14 BRANDON C. JAROCH        BRETT RUFF
Assistant Federal Public Defender   Assistant United States Attorney

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DEMETRIUS WARE,

        Defendant.

Case No.: 2:20-cr-00029-RFB-BNW

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    On March 16, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General order 2020-03 (the "General Order"). The Order explains that, due to the outbreak of the coronavirus 2019 ("COVID-2019") in the District of Nevada, the declaration by the Governor of the State of Nevada of a public health emergency due to the spread of COVID-19 in Nevada, the declaration of local emergencies by local governments due to COVID-19, and the public health recommendations—including recommendations for social distancing and limiting large-group gatherings—the Court has sustained a "reduced ability to obtain an adequate spectrum of jurors" and reduced availability of counsel and Court staff. The General Order accordingly continued all civil and criminal trials until April 10, 2020, pending further order of the Court, and found that "the ends of justice are best served by ordering continuances, which outweighs the best interests of the public and any defendant's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A)."

2.    Continuing this deadline trial will serve the critical interests emphasized in the General Order. Given the grave public-health concerns discussed in the General Order, in

addition to difficulty—or impossibility—of securing a jury pool that would represent a fair cross section of the community at this time, the ends of justice served by the requested continuance in this case outweigh the best interests of the public and defendant in a speedy trial. The additional time requested by this Motion is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A)

3.      The parties agree to the continuance.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided and prepare for trial.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS FURTHER ORDERED that the parties shall have to and including August 31, 2020 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including September 14, 2020 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including September 21, 2020 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the _6th_ day of _November_____, 2020, by the hour of 4:00 p.m.

IT IS FURTHER ORDERED that the calendar call currently scheduled for August 18, 2020, at the hour of 1:30 p.m., be vacated and continued to _November 10, 2020_ at the hour of _1_:_30_ _a_.m.; and the trial currently scheduled for August 24, 2020, at the hour of 9:00 a.m., be vacated and continued to _November 16, 2020_ at the hour of _9_:_00_ _a_.m.

DATED this _13th_ day of August, 2020.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE