AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

11087112

| United States of America | ) | |
| v. | ) | |
| Demetrius Ware | ) Case No. | 2:20-cr-00029-RFB-BNW |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

FILED / ENTERED / RECEIVED / SERVED
COUNSEL/PARTIES OF ...

SEP 14 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

REC'D USMS D/NV
2020 JUN 23, 2:09pm

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Demetrius Ware                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Petition for Action on Conditions of Pretrial Release

Date: 6/23/2020 Las Vegas

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

### Return

This warrant was received on *(date)* 6/23/2020, and the person was arrested on *(date)* 7/27/2020
at *(city and state)* Las Vegas, NV.

Date: 7/27/2020

for USMS

*Arresting officer's signature*

*Printed name and title*