NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Blum@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-029-RFB-BNW |
| Plaintiff, | **Notice of Appearance** |
| v. | |
| DEMETRIUS WARE, | |
| Defendant. | |

The Clerk of the Court will please note the appearance of Assistant United States Attorney James A. Blum as forfeiture counsel for the United States of America.

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in the case.

Dated: October 20, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

 /s/  James A. Blum
JAMES A. BLUM
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2020, I electronically filed and served upon counsel of record the foregoing **Notice of Appearance** with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

/s/ *Maritess Recinto*
MARITESS RECINTO
Paralegal Specialist
US Attorney's Office