# EXHIBIT A

To Whom It May Concern:

Re: Demetrius Tray-Von Ware Sr.

I am writing today as Demetrius Tray-Von Ware Sr.'s mother, Venite Wooden.  My son, today, finds himself in trouble in the midst of trying to do well.  This letter is written to provide a strong testament to Demetrius' character and a glimpse of the plans he shared with me regarding his future.

My son, who has been faced with many challenges, the biggest one of which includes having an absent father for most of his life, has not had it easy. As any young man, growing up can be difficult, and it has certainly been difficult for Demetrius.   He has learned from past experience that honesty is the best practice and to hold true to himself.  Today's situation is with exception as Demetrius' intent was in no way meant to endanger life, or to cause confusion.   Demetrius, as a part of his daily routine, was at his son's school to pick him up.  In hindsight, Demetrius understands now how his actions could have been perceived as less than acceptable and he is terribly sorry.

I would hope, you too, as Judge, can see how sorry Demetrius is, and how he has pledged to do his very best for himself and for his children for the rest of life.  The days of "wrong doing" are behind him.  Please help him have another chance at proving himself.  As his mother, I wholeheartedly believe that this will be the last time Demetrius appears in court for any trouble he has caused.  With that said, we hope you will judgement will be light and you will consider the progress Demetrius is making to have a better life.

Sincerely,


*Venite Wooden*


Venite Wooden

December 3, 2020

To Whom It May Concern:

I am pleased to provide this letter of support for Demetrius Ware.  His mother, Venite Wooden, asked me to write a character reference letter. I feel strongly about Demetrius' future, and I want to try and make you feel the same way.  Demetrius is a good man, one who takes responsibility for his actions, and cares deeply for his children.  He is also well respected in his community.

I have been knowing Demetrius since he was little, and we became even more acquainted through a Leadership Program, Rising Sons, at our local church.  The goal of the program was to assist young men in their pursuits to complete high school, and beyond.  Demetrius attended nearly every class, up until his arrest, and was very attentive and completed assignments on time.  I sincerely believe that he is ready to complete his GED as his next step.

I am sure that whatever situation in which he finds himself today is not a matter of his not wanting to what's right.  As Demetrius continues to rebuild is life, I am here to support him, and I am confident that with the right encouragement he will succeed. I hope you will consider this letter of support as you decide his next steps.

Sincerely,

*Montel Rudolph*
Montel Rudolph

December 6, 2020

To Whom It May Concern:

In support of my nephew, I am providing this written letter of reference to serve as character witness for Demetrius Ware.  Demetrius, "Meechie" is my favorite nephew.  I can't image the trouble he finds himself in today, but my nephew is a very good person.  I have seen his ups; I have seen his lows, and have always been impressed by his ability to get it together, and to bounce back.  I have taught my nephew about taking responsibilities for his actions, and know his heart is always seeking to do what's right.  I realize that might seem hard to believe given the circumstances, nonetheless.

I do know that "Meechie" is very apologetic, and is incredibly remorseful for any hurt or misunderstandings he has caused with this incident.  He often talks about being a good role model for his children, and can't image him willing fully doing anything to hinder their future. Meechie, as a young man, has a bright future ahead of him, and I hope that you would take into consideration that Meechie is a respectful man, one who is not perfect, able to take responsibility and learn from his mistakes, and bounce back. Please consider this as you help determine my nephew's fate.  Thank you for your time and consideration.

Sincerely,


*Desmond Wooden*

Desmond Wooden