# EXHIBIT B

| | |
|---|---|
| **From:** | Fitima Hooper |
| **To:** | Brandon Jaroch |
| **Subject:** | Character letter for Demetrius Ware |
| **Date:** | Thursday, December 10, 2020 8:25:26 AM |

Re: Demetrius Ware
To: The Honorable Judge Richard F. Boulware

  I am aware that Demetrius faces criminal sentencing today before your court. I am writing to urge leniency in the sentencing of Demetrius. The purpose of this letter is to serve as a character reference on behalf of my kids father and soon to be husband.
  Demetrius Ware, who i have known as a great friend for 8 years and engaged to for 1 year. I've gotten to know him very well over the past 8 years and I am honored to provide you with a letter about his character Demetrius is very honest, loyal and extremely considerate when it comes to me and our children. Demetrius is also a very supportive person who has the ability to see and understand things from another person's perspective. consequently, he has great empathy for others. Demetrius is also a loving caring person who does everything he can to provide for and protect his family.In addition Demetrius is very family oriented and an amazing father he has 5 children Ayanna(12), Tyana(11), Ayriana(10), Demetrius Jr.(6) and Demetryana who is only 3months and havent even met her father yet. They all need their father around and we all miss him terribly.
  I know Demetrius has made some mistakes in his life, and he is incredibly remorseful and recognize that he has broken the law. Demetrius takes full responsibilities of his actions.I hope you will keep all this in consideration when determining his sentencing and his future.

                               Sincerely,
                               Fitima Hooper