CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEMETRIUS TRAY'VON WARE,<br><br>　　　　Defendant. | Case No.: 2:20-cr-00029-RFB-BNW<br><br>**NOTICE OF APPEARANCE** |

　　The United States of America, by and through the undersigned Acting Assistant United States Attorney, hereby notifies the Court that Allison Reese, Assistant United States Attorney has been assigned as counsel in the above captioned case.

　　Dated:  August 24, 2021.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　By:   */s/ Allison Reese*
　　　　　　　　　　　　　　　　　　　　　　　ALLISON REESE
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA