Prob12D
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR HEARING
## TO MODIFY CONDITIONS OR TERMS OF SUPERVISION

Name of Offender: **Demetrius Tray'Von Ware**

Case Number: **2:20CR00029**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **January 14, 2021**

Original Offense: **Prohibited Person in Possession of a Firearm**

Original Sentence: **170 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **January 14, 2021**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

The offender not having waived a hearing, the probation officer requests that a summons be issued and a hearing held to modify the conditions of supervision as follows:

1. **Substance Abuse Treatment – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

2. **Mental Health Treatment – You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

3. **Community Service – You must complete 32 hours of community service within 60 days. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.**

RE: Demetrius Tray'Von Ware

Prob12D
D/NV Form
Rev. June 2014

## CAUSE

On January 14, 2021, Ware was sentenced to Time Served followed by three (3) years of supervised release for committing the offenses of Prohibited Person in Possession of a Firearm and Possession of a Firearm in a School Zone. On that same date, Ware commenced his supervised release.

Per special condition eight (8), a status check was held on May 14, 2021, and violations were addressed with the Court. Another status check was held on June 29, 2021, where additional violations were addressed. The Court encouraged Ware to continue following his conditions and as an incentive, gave the undersigned permission to remove Ware from GPS monitoring if he had no additional violations by August 31, 2021.

Since the last status check, Ware failed to report for his MRT class on July 19, 2021. Ware also failed to report for drug testing on the following dates;

- July 26, 2021
- August 1, 2021
- August 9, 2021
- August 12, 2021
- August 17, 2021
- August 23, 2021

Ware tested positive for amphetamines on July 29, 2021, which he denied. He also recently tested positive for methamphetamine on August 14, 2021. The undersigned addressed this most recent positive with Ware who admitted to ingesting methamphetamine in pill form on August 12, 2021. Ware stated that he's been going through a lot in his life right now due to general life stressors and he also reported a recent death in his family.

The undersigned respectfully requests that a hearing be held to address the Probation Office's concerns regarding Ware with the recommendation that his conditions of supervision be modified to include substance abuse/metal health treatment to address his positive drug test and community service as a sanction to address his numerous missed drug tests.

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **August 24, 2021**

Digitally signed by Cecil B McCarroll III
Date: 2021.08.24 12:52:21 -07'00'

Cecil B. McCarroll III
United States Probation Officer

RE: Demetrius Tray'Von Ware

Prob12D
D/NV Form
Rev. June 2014

Approved:

_____
Joy Gabonia
Supervisory United States Probation Officer

Digitally signed by Joy Gabonia
Date: 2021.08.24 12:50:35 -07'00'

## *THE COURT ORDERS*

☐   No Action.

☑   The issuance of a summons.

☐   Other

_____
RICHARD F. BOULWARE, II
United States District Judge

September 9, 2021
Date