RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Demetrius Ware

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMETRIUS WARE,<br><br>    Defendant. | Case No. 2:20-cr-00029-RFB-BNW<br><br>**NOTICE OF APPEARANCE** |

    Pursuant to the Court's order, notice is hereby given that Assistant Federal Public Defender Benjamin F. J. Nemec will serve as counsel for the above captioned defendant.

    Counsel's address is as follows:

        Federal Public Defender
        411 E. Bonneville Ave., Suite 250
        Las Vegas, Nevada 89101

    DATED this 15th day of September 2021.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                        By:  */s/ Benjamin F. J. Nemec*
                                        BENJAMIN F. J. NEMEC
                                        Assistant Federal Public Defender
                                        Attorney for Demetrius Ware

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 15, 2021, she served an electronic copy of the above and foregoing Notice of Appearance by electronic service (ECF) to the person named below:

> CHRISTOPHER CHIOU
> Acting United States Attorney
> Allison Reese
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

*/s/ Rosana Aporta*
Employee of the Federal Public Defender