**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMETRIUS WARE<br><br>Defendant. | Case No.   2:20-cr-00029-RFB-BNW<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand that I have a right to appear in person in court at the *12D Request for Modification Hearing* in this case scheduled for <u>September 21, 2021 at 1:00 PM</u>. I have been advised of the nature of this proceeding and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

<u>/s/ Demetrius Ware                              09/20/2021          </u>

Defendant's Signature                      (date)

<u>/s/ Benjamin F. J. Nemec                 09/20/2021</u>          _____

Signature of Defendant's Attorney   (date)          Judge's Signature                      (date)

<u>Benjamin F. J. Nemec                    </u>          _____

Printed Name of Defendant's Attorney          Judge's Printed Name and Title