AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | )  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. 2:20CR00029 |
| Demetrius Tray'Von Ware | ) |
|  | ) |
| *Defendant* | ) |
|  | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States District Court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | Courtroom No.: |
|---|---|
|  | Date and Time: |

This offense is briefly described as follows:
VIOLATION OF SUPERVISED RELEASE

If you do not have an attorney, and you cannot afford to hire one, you should immediately contact the Office of the CJA Resource Counsel at (702) 388-5100 to arrange for a court-appointed attorney to represent you in this case.

Date: _____

_____
*Issuing officer's signature*

_____
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case

Case No.  2:20CR00029

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender:  <u>Demetrius Tray'Von Ware</u>

Last known residence:  501 East Lake Meade Pkwy Bldg. 23; Apt. 2324

Usual place of abode *(if different from residence address)*:

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on.

☐ I personally served the summons on this defendant <u>Demetrius Tray'Von Ware</u> at          on        ; or

☐ On, I left the summons at the individual's residence or usual place of abode with, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to, who is authorized to receive service of process on behalf of        on  and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because:.

I declare under penalty of perjury that this information is true.

Date returned:

*Server's signature*

*Printed name and title*

Remarks: