ADDENDUM TO PETITION (Probation Form 12)
RE: Demetrius Tray'Von Ware
Case No.:  2:20CR00029
October 22, 2021

The Honorable Richard F. Boulware, United States District Judge
Las Vegas

Honorable Judge Boulware:

Reference is made to the Probation Form 12, dated September 20, 2021, alleging violations of supervision.  We are requesting that the petition be amended to include the following:

1. **Do Not Unlawfully Use Controlled Substance** - **You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

    Ware failed to report for drug testing on the following dates:

    d) September 27, 2021
    e) September 28, 2021
    f) October 09, 2021
    g) October 12, 2021
    h) October 13, 2021

    Ware tested positive for amphetamines on the following date:

    i) October 18, 2021

2. **Cognitive Behavioral Treatment – You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.**

    Ware failed to show up for his regularly scheduled session on the following dates:

    d) September 27, 2021
    e) October 4, 2021
    f) October 11, 2021

ADDENDUM TO PETITION (Probation Form 12)
RE: Demetrius Tray'Von Ware

4. **Follow Instructions Of Probation Officer - You must follow the instructions of the probation officer related to the conditions of supervision.**

    a) As noted in allegation 1 (e), Ware failed to report for drug testing on September 28, 2021 after the undersigned directed him to report to the probation office to submit a drug test, which he failed to do.

5. **Work Full Time - You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

    a) On September 27, 2021, Ware was terminated from his employment with T. Force. The undersigned was notified of this termination by his former supervisor on October 14, 2021. Ware failed to report this loss of employment to the undersigned.

6. **Community Service, Educational Classes or Employment – You must be employed and complete community service or educational courses for a combination of 20-25 hours per week. The probation officer will supervise the participation in the community service program by approving the program (agency, frequency, or participation, etc.). You must provide written verification of completed community service hours to the probation officer. If you remain compliant, with no new violations within an 240 days (8 months), the court will consider a reduction in the special conditions imposed.**

    a) Ware started supervision on January 14, 2021 and was unemployed from that date until the end of May 2021. During this time period, Ware failed to provide the undersigned proof of any employment/educational classes/community service work.
    b) Ware obtained employment towards the end of May 2021 and was consistently employed until the end of September 2021. As of the date of this report, Ware has failed to provide the undersigned with proof of employment/educational classes/community service work.

ADDENDUM TO PETITION (Probation Form 12)
RE: Demetrius Tray'Von Ware

7. **Must Report As Instructed** - After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

   Ware failed to submit monthly reports for the following months:

   a) February 2021
   b) March 2021
   c) April 2021
   d) May 2021
   e) June 2021
   f) July 2021
   g) August 2021
   h) September 2021

Respectfully submitted,

Digitally signed by Cecil B McCarroll III
Date: 2021.10.22 16:12:35 -07'00'

Cecil B. McCarroll III
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.10.22 14:32:03 -07'00'

Brian Blevins
Supervisory United States Probation Officer