SECOND ADDENDUM TO PETITION (Probation Form 12)
RE: Demetrius Tray'Von Ware
Case No.: 2:20CR00029
November 17, 2021

The Honorable Richard F. Boulware, United States District Judge
Las Vegas

Honorable Judge Boulware:

Reference is made to the Probation Form 12, dated September 20, 2021, alleging violations of supervision. We are requesting that the petition be amended to include the following:

1. **Do Not Unlawfully Use Controlled Substance - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   Ware failed to report for drug testing on the following dates:

   j) October 25, 2021
   k) November 9, 2021

   Ware tested positive for marijuana on the following dates:

   l) November 4, 2021 – admitted smoking THC on this date.
   m) November 10, 2021 – admitted smoking THC on this date.

8. **Report Police Contact Within 72 Hours - If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.**

   a) Ware was interviewed by officers with the Henderson Police Department (HPD) on October 25, 2021, regarding a matter in which he was not the subject of the investigation. Ware failed to report this contact to the undersigned.

Respectfully submitted,

Digitally signed by Cecil B McCarroll III
Date: 2021.11.17 16:04:16 -08'00'

Cecil B. McCarroll III
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.11.17 14:35:54 -08'00'

Brian Blevins
Supervisory United States Probation Officer