THIRD ADDENDUM TO PETITION (Probation Form 12)
RE: Demetrius Tray'Von Ware
Case No.:  2:20CR00029
January 13, 2022

The Honorable Richard F. Boulware, United States District Judge
Las Vegas

Honorable Judge Boulware:

Reference is made to the Probation Form 12, dated September 20, 2021, alleging violations of supervision.  We are requesting that the petition be amended to include the following:

1. **Do Not Unlawfully Use Controlled Substance - You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

    Ware failed to report for drug testing on the following dates:

    l)  November 26, 2021
    m) November 30, 2021
    n)  December 1, 2021
    o)  December 8, 2021
    p)  December 13, 2021
    q)  December 21, 2021
    r)  December 29, 2021
    s)  January 7, 2022

2. **Cognitive Behavioral Treatment – You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.**

    Ware failed to show up for his regularly scheduled session on the following dates:

    g)  December 13, 2021
    h)  December 20, 2021
    i)  January 10, 2022

ADDENDUM TO PETITION (Probation Form 12)
RE: Demetrius Tray'Von Ware

4. **Follow Instructions Of Probation Officer** - **You must follow the instructions of the probation officer related to the conditions of supervision.**

    b) On December 13, 2021, the probation officer directed Ware to report to the probation office on December 16, 2021, which he failed to do.
    c) On December 29, 2021, the probation officer directed Ware to report to the probation office on January 6, 2022, which he failed to do.

Respectfully submitted,

Digitally signed by Cecil B McCarroll III
Date: 2022.01.13 12:13:48 -08'00'

Cecil B. McCarroll III
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.01.13 11:55:05 -08'00'

Brian Blevins
Supervisory United States Probation Officer