AO 442 (Rev. 11/11) Arrest Warrant

FIO: 11 087112

# UNITED STATES DISTRICT COURT

for the

District of Nevada

ENTERED

APR 25 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Demetrius Ware | ) Case No.   2:20-cr-00029-RFB-BNW |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

REC'D USMS D/NV
2022 APR 19 PM 12:57

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Demetrius Ware** ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

 Defendant failed to appear at the Sentencing on Revocation Hearing of Supervised Release held Tuesday, April 19, 2022.

Date:    04/19/2022

*Issuing officer's signature*

City and state:   Las Vegas, NV

RICHARD F. BOULWARE, II       U.S. District Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/19/22 , and the person was arrested on *(date)* 04/22/22 |
| at *(city and state)* HENDERSON, NV . |
| Date: 04/22/22                 *Arresting officer's signature* |
| FOR USMS         *Printed name and title* |