# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Demetrius Tray'Von Ware**

Case Number:  **2:20CR00029**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **January 14, 2021**

Original Offense: **Prohibited Person in Possession of a Firearm**

Original Sentence: **170 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **January 14, 2021**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance** - You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

   Ware failed to report for scheduled drug testing on the following dates:

   a) September 2, 2021
   b) September 6, 2021
   c) September 13, 2021

RE: Demetrius Tray'Von Ware

Prob12C
D/NV Form
Rev. March 2017

2. **Cognitive Behavioral Treatment – You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.**

   Ware failed to show up for his regularly scheduled session on the following dates:

   a) August 30, 2021
   b) September 13, 2021
   c) September 20, 2021

3. **Home Confinement with Location Monitoring – Stand-Alone – You will be monitored by the form of location monitoring technology indicated below for a period of 365 days, and you must follow the rules and regulations of the location monitoring program.**

   ☒ **GPS Monitoring (including hybrid GPS).**

   On September 11, 2021, a Tracker Strap Tamper alert was received notifying our office that Ware's ankle monitor was being tampered with in some way. A video call was completed with Ware to verify the ankle monitor was still on him and still functioning, which it was.

   On September 12, 2021, two officers met with Ware at his residence to physically inspect the device to ensure there was no tampering and they discovered a portion of the band going around the ankle was cut open and components from inside the band were removed.

4. **Follow Instructions Of Probation Officer** - You must follow the instructions of the probation officer related to the conditions of supervision.

   As noted in allegations one (1) and two (2), it is alleged that Ware missed treatment sessions and drug tests. Since starting supervision in January of 2021, the undersigned has been both reminding Ware, and at times directing him to report for his treatment sessions and also to call the drug testing line every night, which he has failed to regularly do.

**RE: Demetrius Tray'Von Ware**

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision to be continued with the additional conditions as recommended in the Form 12D, Request for Hearing to Modify Conditions or Terms of Supervision, dated August 24, 2021.

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **September 20, 2021**

Digitally signed by Cecil B McCarroll III
Date: 2021.09.20 17:02:43 -07'00'

_____
Cecil B. McCarroll III
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.09.20 16:55:55 -07'00'

_____
Brian Blevins
Supervisory United States Probation Officer

RE: Demetrius Tray'Von Ware

Prob12C
D/NV Form
Rev. March 2017

## *THE COURT ORDERS*

- ☐ No Action.
- ☐ The issuance of a warrant.
- ☑ The issuance of a summons.     Summons previously issued,
- ☐ Other:                          ECF no. 73 for appearance.

_____
RICHARD F. BOULWARE, II
United States District Judge

 October 14, 2021 , *nunc pro tunc,* dated May 6, 2022
_____
Date

RE: Demetrius Tray'Von Ware

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. DEMETRIUS TRAY'VON WARE,  2:20CR00029

### SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
September 20, 2021

On January 14, 2021, Ware was sentenced to Time Served followed by thirty-six (36) months supervised release for committing the offenses of Prohibited Person in Possession of a Firearm and Possession of a Firearm in a School Zone. Ware commenced supervised release on that same date.

On August 24, 2021, our office filed a petition requesting modification to Ware's conditions of supervised release to address violations incurred by Ware since his last status check with the Court on June 29, 2021. Specifically, it is reported that Ware violated his conditions of supervised release by failing to report for drug testing, testing positive for drugs, and failing to report for his cognitive behavioral treatment. A hearing is scheduled for September 21, 2021 to address the afore mentioned petition.

In regard to the above noted violations, it is alleged that Ware violated his conditions of supervised release by failing to report for drug testing, failing to attend his cognitive behavioral treatment classes, and tampering with his GPS ankle monitor. When the undersigned addressed both the missed drug tests and treatment classes, Ware stated that he's just got a lot going on his life right now and was not able to show up for his treatment classes or his drug tests. Ware was admonished for these missed appointments and reminded that he must show up for his drug tests and his treatment sessions. It should also be noted that Ware hasn't called the drug testing line since September 7, 2021.

The undersigned also addressed the tamper alert our office received and when asked about it, Ware stated that he doesn't know how his device was tampered with and believes that it was due to normal wear and tear. The undersigned was able to look more closely at the ankle band after it was removed from Ware and it appears that one of the sides of the band was cut open and components were removed from the inside. The undersigned confronted Ware with this information and explained that damage like that could not have been caused by normal wear and tear; he continued to deny tampering in any way with the device.

Our office respectfully requests a Summons be issued to address these above noted violations, and that they are be addressed during Ware's upcoming appearance before the Court.

**RE: Demetrius Tray'Von Ware**

Prob12C
D/NV Form
Rev. March 2017

                                                     Respectfully submitted,

Digitally signed by Cecil B McCarroll III
Date: 2021.09.20 17:03:24 -07'00'

Cecil B. McCarroll III
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2021.09.20 16:56:16 -07'00'

Brian Blevins
Supervisory United States Probation Officer