JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6370 (phone)
joshua.brister@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEMETRIUS TRAY'VON WARE<br><br>　　　　　Defendant. | Case No. 2:20-cr-00029-RFB-BNW<br><br>**NOTICE OF APPEARANCE** |

　　　　The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Joshua T. Brister, Assistant United States Attorney has been assigned as counsel in the above captioned case.

　　　　Dated:  November 14, 2022.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua T. Brister*
　　　　　　　　　　　　　　　　　　　　　JOSHUA T. BRISTER
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ELECTRONIC CERTIFICATE OF SERVICE**

I, undersigned, hereby certify that I am an employee of the United States Attorney's Office, District of Nevada, and that on this day an electronic copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED: This 14th day of November 2022.

                                           */s/ Joshua T. Brister*
                                           JOSHUA T. BRISTER
                                           Assistant United States Attorney