ADDENDUM TO PETITION (Probation Form 12)
RE: Demetrius Tray'Von Ware
Case No.:  2:20CR00029
January 3, 2023

The Honorable Richard F. Boulware, United States District Judge
Las Vegas

Honorable Judge:

Reference is made to the Probation Form 12, dated December 8, 2022, alleging violations of supervision.  We are requesting that the petition be amended to include the following:

1.  **Do Not Unlawfully Use Controlled Substance** - **You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

    E. Ware tested positive for methamphetamine on the following dates:

       December 20, 2022
       December 30, 2022

    F. Ware failed to report for testing on the following dates:

       December 12, 2022
       December 19, 2022

2.  **Substance Abuse Treatment** – **You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

    B. Ware failed to report for substance abuse treatment on December 20, 2022.

### EVALUATIVE SUMMARY

On November 10, 2022, a Petition for Summons was submitted to Your Honor alleging Ware violated his terms and conditions for supervision regarding positive drug tests, missed drug tests, missing substance abuse counseling, and violating his curfew schedule on location monitoring.

On December 2, 2022 an addendum to the petition for summons was filed by the undersigned officer advising of additional violations, to include allegations of a new law violation. In lieu of summons Your Honor requested our office file a new petition requesting issuance of warrant. On December 8, 2022, petition for warrant was filed.

ADDENDUM TO PETITION (Probation Form 12)
RE: Demetrius Tray'Von Ware

Due to the conduct contained in this addendum as well as the petition for warrant dated December 8, 2022, in conjunction with his history of violence and weapon offenses, Ware is considered a danger to the community. Ware is a criminal history category IV and has a significant history of substance abuse in which it now appears is spiraling out of control with methamphetamine use.

Respectfully submitted,

_____
Nickie Pipilakis
United States Probation Officer

Approved:

_____
Todd J. Fredlund
Supervisory United States Probation Officer