Case 2:20-cr-00029-RFB-BNW Document 125 *SEALED* Filed 01/31/23 Page 1 of 3
Case 2:20-cr-00029-RFB-BNW Document 124 *SEALED* Filed 01/19/23 Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

11087/12

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Demetrius Tray'Von Ware | ) | Case No. | 2:20CR00029 |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | | | |

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 19 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Demetrius Tray'Von Ware ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Violations of supervised release

Date: January 11, 2023

*Issuing officer's signature*

City and state: Las Vegas, NV          RICHARD F. BOULWARE, II     U.S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/12/2023 , and the person was arrested on *(date)* 01/19/2023
at *(city and state)* LAS VEGAS .

Date: 01/19/2023

MICHAEL MOORE FOR USMS
*Arresting officer's signature*

*Printed name and title*