SECOND ADDENDUM TO PETITION (Probation Form 12)
RE: Demetrius Tray'Von Ware
Case No.:  2:20CR00029
January 23, 2023

The Honorable Richard F. Boulware, United States District Judge
Las Vegas

Honorable Judge:

Reference is made to the Probation Form 12, dated December 8, 2022, and addendum dated January 3, 2023, alleging violations of supervision.  We are requesting that the petition be amended to include the following:

1. **<u>Do Not Unlawfully Use Controlled Substance</u> - You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   G. Ware tested positive for methamphetamine on January 9, 2023.

   H. Ware tested positive for marijuana on January 9 and 16, 2023.

   I. Ware failed to report for drug testing on the following dates:

   January 5, 2023
   January 7, 2023

2. **<u>Substance Abuse Treatment</u> – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

   C. Ware failed to report for outpatient substance abuse treatment on the following dates:

   January 3, 2023
   January 18, 2023

### EVALUATIVE SUMMARY

As detailed in the petition for warrant dated December 8, 2022, addendum dated January 3, 2023, and this addendum, Ware continues to test positive for methamphetamine and admitted to such use on multiple occasions within the past five (5) months. Pursuant to 18 U.S.C. § 3583 (g)(4) revocation is mandatory for testing positive for an illicit substance more than three (3)

ADDENDUM TO PETITION (Probation Form 12)
RE: Demetrius Tray'Von Ware

times in a 12-month period. Ware is a criminal history category IV and has a significant history of substance abuse and unfortunately once again is spiraling.

                                                             Respectfully submitted,

                                                             _____

                                                             Nickie Pipilakis
                                                            United States Probation Officer

Approved:

_____
Todd J. Fredlund
Supervisory United States Probation Officer