RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Demetrius Ware

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEMETRIUS WARE,<br><br>　　　　Defendant. | Case No. 2:20-cr-00029-RFB-BNW<br><br>**NOTICE OF APPEARANCE** |

　　Pursuant to the Court's order, notice is hereby given that Assistant Federal Public Defender Joy Chen will serve as counsel for the above captioned defendant.

　　Counsel's address is as follows:

　　　　Federal Public Defender
　　　　411 E. Bonneville Ave., Suite 250
　　　　Las Vegas, Nevada 89101

　　DATED this 23rd day of January, 2023.

　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　By:　/s/ Joy Chen
　　　　　　　　　　　　　　　　　　JOY CHEN
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　Attorney for Demetrius Ware

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 23, 2023, he served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

JASON M. FRIERSON
United States Attorney
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

                                            */s/ Marcus Walker*
                                        Employee of the Federal Public Defender