RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Demetrius Ware

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMETRIUS WARE,<br><br>    Defendant. | Case No. 2:20-cr-00029-RFB-BNW<br><br>**NOTICE OF APPEARANCE** |

    Notice is hereby given that Assistant Federal Public Defender Jacquelyn N. Witt will serve as counsel for the above captioned defendant.

    Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

    DATED this 24th day of January, 2023.

                                              RENE L. VALLADARES
                                              Federal Public Defender

                                By: */s/ Jacquelyn N. Witt*
                                              JACQUELYN N. WITT
                                              Assistant Federal Public Defender
                                              Attorney for Demetrius Ware

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 24, 2023, he served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

JASON M. FRIERSON
United States Attorney
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

                                         */s/ Marcus Walker*
                                         Employee of the Federal Public Defender