AO 245D (Rev. 09/20)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
District of Nevada

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| DEMETRIUS WARE | ) | |
| | ) | Case No. 2:20-cr-00029-RFB-BNW |
| | ) | USM No. 56171-048 |
| | ) | JACQUELYN WITT, AFPD |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1,2,3 [119] 12C Petition; 1,2-[123] Addendum; 1,2 -[132] Addendum; 1,2 -[138] Addendum  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - [119 12C Petition | Do Not Unlawfullly Use Controlled Substance | 11/03/2022 - Admit |
| 2 - [119]12C Petition | Substance Abuse Treatment | 10/04/2022 - Admit |
| 3 -[119] 12C Petition | Home Confinement with Location Monitoring | 10/06/2022 - Admit |
| 1 -[123] Addendum | Do Not Unlawfully Use Controlled Substance | 12/30/2022 - Admit |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) __4,5,6 -[121] Addendum__ and is discharged as to such violation(s) condition.

Last Four Digits of Defendant's Soc. Sec. No.: 0872

Defendant's Year of Birth: 1992

City and State of Defendant's Residence:
Las Vegas, NV

04/06/2023
Date of Imposition of Judgment

/s/ (signature)
Signature of Judge

RICHARD F. BOULWARE, II   U.S. District Judge
Name and Title of Judge

04/06/2023
Date

Judgment—Page 2 of 3

DEFENDANT: DEMETRIUS WARE
CASE NUMBER: 2:20-cr-00029-RFB-BNW

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded | |
|---|---|---|---|
| 2 - [123] Addendum | Substance Abuse Treatment | 12/20/2022 | -Admit |
| 1 - [132] Addendum | Do Not Unlawfully Use Controlled Substance | 01/16/2023 | -Admit |
| 2 - [132] Addendum | Substance Abuse Treatment | 01/18/2023 | -Admit |
| 1 - [138] Addendum | Do Not Unlawfully Use Controlled Substance | 3/13/2023 | -Admit |
| 2 - [138] Addendum | Substance Abuse Treatment | 03/02/2023 | -Admit |

Judgment — Page 3 of 3

DEFENDANT: DEMETRIUS WARE
CASE NUMBER: 2:20-cr-00029-RFB-BNW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Ninety (90) days incarceration with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☑ before 2 p.m. on April 21, 2023 .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL